# EXHIBIT A

Filing # 213385225 E-Filed 12/23/2024 11:24:12 AM

IN THE CIRCUIT COURT OF THE
11th JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

CASE NO.: 2024-024284-CA-01

CARMEN JESUS MENDEZ,

      Plaintiff,

vs.

OTIS ELEVATOR COMPANY,

      Defendants

_____/

## COMPLAINT FOR DAMAGES

COMES NOW the Plaintiff, CARMEN JESUS MENDEZ (hereinafter referred to as "MENDEZ"), by and through the undersigned counsels and sues the Defendants, OTIS ELEVATOR COMPANY (hereinafter referred to as "OTIS"), and alleges as follows:

## GENERAL ALLEGATIONS

1.     That this is an action for damages in excess of Fifty Thousand Dollars ($50,000.00), exclusive of interest and costs.

2.     At all times material hereto, the Plaintiff, CARMEN JESUS MENDEZ, was and is a resident of Miami-Dade County, Florida.

3.     At all times material hereto Defendant, OTIS ELEVATOR COMPANY, was and is a Florida Profit Corporation duly organized under the laws of the State of Florida.

4.     At all material hereto, Defendant, OTIS, entered into a service contract in which the Defendant, OTIS, was required to examine, adjust, provide maintenance, inspect, service and repair the elevator #2414 at the building located at 5000 N.W. 36th Street, Miami, Florida.

5.     At all material hereto, Defendant, OTIS, through its employees, servants, and/or agents, inspected, maintained, and serviced the aforesaid elevator #2414, located at the building located at 5000 N.W. 36th Street (Building #43), Miami, Florida.

6.     Venue is proper in Miami-Dade County, Florida because the incident which is the

subject of this Complaint occurred in Miami-Dade County, Florida.

## <u>COUNT 1 - NEGLIGENCE</u>

7.      Plaintiff alleges and affirms the allegations contained in Paragraph 1 through 6 above as if fully stated herein.

8.      That on or about November 14, 2022, the Plaintiff, MENDEZ, was lawfully on the premises of the building located at 5000 N.W. 36th Street (Building #43), Miami, Florida, as an invitee.

9.      That on or about November 14, 2022, Plaintiff, MENDEZ, was using the elevator within the building located at 5000 N.W. 36th Street (Building #43), Miami, Florida.  While the Plaintiff was exiting the third floor she tripped and fell due to the uneven/misaligned elevator floor that was not leveled, causing the Plaintiff to fall and seriously injure herself.

10.     At the aforementioned time, date, and place, Defendant, OTIS, had a duty to maintain, service and repair the subject elevator located at the subject premises.

11.     At all times material hereto, Defendant, OTIS, by and through its employees, servants and/or agents had a duty to use reasonable care to maintain the elevator in a reasonably safe condition, had a duty to warn of dangerous or hazardous conditions, and had a duty to inspect the elevator on a regular and periodic basis to ensure that it was maintained in a safe manner for foreseeable users, including the Plaintiff, MENDEZ.

12.     Defendant, OTIS, was negligent and breached its duty of care in one or more of the following ways:

   a) Failing to provide a safe and properly maintained elevator;

   b) By not maintaining the elevator in a reasonably safe condition, thereby creating a dangerous and hazardous condition.

   b) By not correcting a dangerous condition about which it either knew or should have known existed by the use of reasonable care;

c) By failing to adequately warn foreseeable occupants of the elevator, including Plaintiff, of the dangerous condition;

d) Failed to properly inspect and maintain the elevator and not allow it to become and remain in a defective condition so that the elevator would not level with the floor the Plaintiff was trying to access;

e) By not complying with applicable statutes, ordinance and regulations.

13. Defendant, OTIS, either knew or should have known of the dangerous condition and should have taken action to remedy it.

14. As a direct and proximate result of Defendant's negligence, Plaintiff, MENDEZ, was injured in and about her body and extremities, resulting pain and suffering, disability, disfigurement, lost wages and loss of ability to earn money in the past and in the future, aggravation of a previously existing condition and suffered the inability to lead a normal life. Plaintiff's losses are either permanent or continuing in nature and she will suffer the losses in the future.

WHEREFORE, the Plaintiff, CARMEN JESUS MENDEZ, demands judgment for damages against plus the costs of prosecuting this action against the Defendant, OTIS ELEVATOR COMPANY, and further demands a trial by jury.

DATED this 23rd day of December 2024.

Respectfully Submitted,
KAPLAN LAW GROUP, P.A.              LAW OFFICES OF JOSE A. YANEZ
Co-Counsel for Plaintiff                    Attorneys for Plaintiff
6041 Johnson Street                         814 Ponce de Leon Blvd., Suite 418
Hollywood, Florida 33024                    Coral Gables, Florida 33134
954.985-0404- Telephone                     305.442.8818 - Telephone
954.985-0959- Facsimile                     305.442.1018 - Facsimile
Service Email: receptionist@thekaplanlawgroup.com   Service Email: service@joseyanezesq.com


By: /s/ Michael D. Kaplan                   By: /s/ Jose A. Yanez
    MICHAEL D.KAPLAN                             JOSE A. YANEZ
    Florida Bar No.: 149586                      Florida Bar No.: 0976326